\*\*AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

MAO-MSO Recovery II, LLC, *et al.*,

    vs.                        Case No. 2:17-cv-263
                                                   2:17-cv-164

Nationwide Mutual Insurance Company,     **Judge Michael H. Watson**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the February 28, 2018 Opinion and Order, the Court GRANTS Defendant's Motion to Dismiss.

Date: **February 28, 2018**         **Richard W. Nagel, Clerk**

                                                  s/ Jennifer Kacsor

                                              By Jennifer Kacsor/Courtroom Deputy